IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARCUS SCIROCCO and
SUMMER SCIROCCO                                                                    PLAINTIFFS

v.                                                                    CIVIL ACTION NO. 5:11cv115-DCB-JMR

FORD MOTOR COMPANY                                                                 DEFENDANT

ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, which provides that any justice, judge, or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned, and the undersigned, having carefully reviewed this matter and being advised by the parties of the nature of this case, finds that there are certain non-waiveable grounds under 28 U.S.C. § 455(b) which would require that I be disqualified from further participation in this case.  I therefore recuse myself from this case.

The Clerk of the Court is hereby directed to reassign this case to another Judge in accordance with the Court's practice and procedure.

SO ORDERED this the 9th day of August, 2011.

s/David Bramlette
UNITED STATES DISTRICT JUDGE